# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kelly Marie Barnes v. Bayer Corporation, et al.* | No. 3:13-cv-10067-DRH-PMF |
| *Heather L. Brown v. Bayer Corporation, et al.* | No. 3:14-cv-10042-DRH-PMF |
| *Stacie Carter v. Bayer Corporation, et al.* | No. 3:10-cv-11324-DRH-PMF |
| *Trenell Davis v. Bayer Corporation, et al.* | No. 3:12-cv-10308-DRH-PMF |
| *Stacey M. Day v. Bayer Corporation, et al.* | No. 3:13-cv-10713-DRH-PMF |
| *Brittany Giffin v. Bayer Corporation, et al.* | No. 3:11-cv-10674-DRH-PMF |
| *Andrea Glenn v. Bayer Corporation, et al.* | No. 3:10-cv-10074-DRH-PMF |
| *Phyllis Harden v. Bayer Corporation, et al.* | No. 3:14-cv-10041-DRH-PMF |
| *Jasmin Rodriguez v. Bayer Corporation, et al.* | No. 3:11-cv-11589-DRH-PMF |
| *Lisa Ryals v. Bayer Corporation, et al.* | No. 3:11-cv-11591-DRH-PMF |
| *Norma Scott v. Bayer Corporation, et al.* | No. 3:11-cv-10668-DRH-PMF |
| *LaKevia Thompson v. Bayer Corporation, et al.* | No. 3:11-cv-11654-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on June 9, 2016, the above captioned cases are **DISMISSED** with

prejudice.  Each party shall bear their own costs.

          **JUSTINE FLANAGAN,**
          **ACTING CLERK OF COURT**

          BY: /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.06.13 12:32:02 -05'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT